IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT LERMA GUADIANO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPRESS EMPLOYMENT )<br>PROFESSIONALS, d/b/a Express )<br>Services Inc., a corporation doing )<br>business in Oklahoma, )<br>)<br>Defendant. ) | Case No. CIV-21-00811-JD |

## ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case at the recent settlement conference. [*See* Order, Doc. No. 33]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 15th day of September 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE